**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ronnie Lee DUNN, Defendant—Appellant.**

No. 09–6228.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 4, 2009.

S.Ct. 1999, 29 L.Ed.2d 619 (1971).

Ronnie Lee Dunn, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Lee Dunn appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dunn*, No. 8:97–cr–00761–GRA–1 (D.S.C. Jan. 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*